In the Matter of Berta SAGGESE, Bankrupt. Rebecca Watsky, Trustee & Ano., Appellants.

No. 164, Docket 22539.

United States Court of Appeals Second Circuit.

Argued Feb. 4, 1953.

Decided Feb. 4, 1953.

Benjamin Levitas, New York City, for appellants.

Ernest M. Garbe, New York City, Matthew Lilling, New York City, of counsel, for appellee.

Before AUGUSTUS N. HAND, CHASE and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

ST. REGIS PAPER COMPANY, Appellant, v. LOUISVILLE & NASHVILLE RAILROAD COMPANY, Appellee.

No. 14066.

United States Court of Appeals Fifth Circuit.

Feb. 9, 1953.

J. McHenry Jones, Pensacola, Fla., Jones & Harrell, Pensacola, Fla., for appellant.

J. E. D. Yonge (of Yonge, Beggs & Lane), Pensacola, Fla., for appellee.

Before HUTCHESON, Chief Judge, and STRUM and RIVES, Circuit Judges.

PER CURIAM.

For the reasons well stated in the opinion of the District Court reported as Louisville & N. R. Co. v. St. Regis Paper Company, 102 F.Supp. 713, the judgment is

Affirmed.

Frieda STEINBERG, Appellant, v. UNITED STATES of America.

No. 14687.

United States Court of Appeals Eighth Circuit.

Dec. 31, 1952.

Maurice J. Gordon, St. Louis, Mo., for appellant.

Ed Dupree, Gen. Counsel, Office of Rent Stablization, A. M. Edwards, Jr., Asst. Gen. Counsel, Office of Rent Stabilization, Nathan Siegel, Sol., Office of Rent Stabilization, and William A. Moran, Sp. Litigation Atty., Office of Rent Stabilization, Washington, D. C., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution, etc.

Saul D. STEINBERG, Appellant, v. UNITED STATES of America.

No. 14689.

United States Court of Appeals Eighth Circuit.

Dec. 31, 1952.

Morton L. Schwartz, St. Louis, Mo., for appellant.

Ed Dupree, General Counsel, Office of Rent Stabilization, A. M. Edwards, Jr., Asst. Gen. Counsel, Office of Rent Stabilization, Nathan Siegel, Sol., Office of Rent Stabilization, and William A. Moran, Sp. Litigation Atty., Office of Rent Stabilization, Washington, D. C., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution, etc.